**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Tamra Bell Meridy ,

Debtor.

Case No. 23−80991
Chapter 7

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF A FINANCIAL MANAGEMENT COURSE (Official Form 423)**

According to our records, the following items have not been filed within 45 days after the first date set for the § 341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the Debtor**
Tamra Bell Meridy

A debtor must complete an instructional course in personal financial management from an approved provider and file a certification of completion of the course (Official Form 423). Pursuant to Rule 5009(b), Federal Rules of Bankruptcy Procedure, this case may be closed without discharge unless Official Form 423 is filed within the applicable time limit under Rule 1007(c), Federal Rules of Bankruptcy Procedure.

A list of approved credit counseling agencies can be found on our website http:// www.almb.uscourts.gov.

A copy of Official Form 423 can be found on the US Courts website http:// www.uscourts.gov.

Dated August 18, 2026

Brian J. Suckman
Brian J. Suckman
Clerk of Court