Received on

SEP 1 1 2026

Filed on

SEP 1 1 2026

sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 09/07/2026 Tamra Meridy

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of Alabama .

Case number: 23-80991

Certificate number: ALM23-809915010321

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance